AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| QUANTA TECHNOLOGIES, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| ZURICH AMERICAN INSURANCE COMPANY | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zurich American Insurance Company.

Date: 08/13/2021

/s/ Jennifer L. Mesko
*Attorney's signature*

Jennifer L. Mesko (0087897)
*Printed name and bar number*

TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH  44113

*Address*

jennifer.mesko@tuckerellis.com
*E-mail address*

(216) 592-5000
*Telephone number*

(216) 592-5009
*FAX number*