# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | |
|---|---|
| QUANTA TECHNOLOGIES, LLC <br> *Plaintiff* <br> v. <br> ZURICH AMERICAN INSURANCE COMPANY <br> *Defendant* | ) <br> ) <br> )  Case No. <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zurich American Insurance Company.

Date: 08/13/2021

*/s/ Kevin M. Young*

*Attorney's signature*

Kevin M. Young (0029715)

*Printed name and bar number*

TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113

*Address*

kevin.young@tuckerellis.com

*E-mail address*

(216) 592-5000

*Telephone number*

(216) 592-5009

*FAX number*