IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| QUANTA TECHNOLOGIES, LLC, | Case No. 04168-JLG-KAJ |
| Plaintiff, | JUDGE JAMES L. GRAHAM |
| v. | |
| ZURICH AMERICAN INSURANCE COMPANY, | |
| Defendant. | |

**UNOPPOSED AND STIPULATED EXTENSION OF TIME FOR
DEFENDANT ZURICH AMERICAN INSURANCE COMPANY
TO ANSWER OR OTHERWISE PLEAD**

The Complaint in the above-referenced matter was filed on June 21, 2021 in the Franklin County Court of Common Pleas. Defendant Zurich American Insurance Company[1] executed a waiver of service on July 16, 2021. The case was removed from the Franklin County Court of Common Pleas to this Court on August 13, 2021. Defendant's response to Plaintiff's Complaint is currently due on August 20, 2021, pursuant to Rule 81(c) of the Federal Rules of Civil Procedure.

Pursuant to Local Rule 6.1(a) of the United States District Court for the Southern District of Ohio, the parties hereby STIPULATE that Defendant may have an extension of twenty-one (21) days within which to file a responsive pleading. Plaintiff is in the process of obtaining

---

[1] Defendant Zurich American Insurance Company is improperly named in Plaintiff's caption as Zurich American Insurance Company d/b/a Zurich North American and d/b/a Zurich Insurance Company.

1

outside counsel but James Miller consents to this Stipulation as the Secretary and the General Counsel of Quanta Technologies, LLC.

Accordingly, the deadline for filing a responsive pleading is extended to September 10, 2021. No prior stipulated extensions have been granted to Defendant under Local Rule 6.1 and no prior stipulated extensions to Defendant, together with the present stipulated extension, exceed a total of twenty-one days.

Respectfully submitted, this 18th day of August, 2021,

    */s/ Kevin M. Young*
Kevin M. Young (0029715)
Jennifer L. Mesko (0087897)
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel:    216.592.5000
Fax:    216.592.5009
E-mail:  kevin.young@tuckerellis.com
           jennifer.mesko@tuckerellis.com

*Attorney for Defendant Zurich American Insurance Company*

Approved and agreed:

 */s/ James D. Miller*
James D. Miller

*Secretary and General Counsel for Plaintiff Quanta Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2021, a copy of the within and foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, written notice of the filing of this Stipulated Extension will be delivered to counsel for Plaintiff:

James D. Miller
6313 Memorial Drive
Dublin, Ohio 43107
T: (614) 581-7471
F: (614) 889-2524

*Secretary and General Counsel*
*for Plaintiff Quanta Technologies, LLC*

                                               */s/ Kevin M. Young*
                                               Kevin M. Young

                                               *One of the Attorneys for Defendant Zurich*
                                               *American Insurance Company*